No. 978. TEKSON *v.* MICHIGAN. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 979. PAGE *v.* RAGEN, WARDEN. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 980. LYONS *v.* RAGEN, WARDEN. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 981. VINCI *v.* ILLINOIS. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 984. WATERMAN *v.* McMILLAN ET AL. May 22, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 994. HAINES *v.* MISSOURI. May 22, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.